**Opinion issued August 4, 2022**



In The

# Court of Appeals

For The

# First District of Texas

———————————

### NO. 01-21-00434-CV

———————————

## IN RE CONSUELO KIGHT AND ANDREW RYAN KIGHT A/K/A RYAN KIGHT, Relators

---

### Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

Relators, Consuelo Kight and Andrew Ryan Kight, also known as Ryan Kight, filed a petition for a writ of mandamus challenging the trial court's "decision to retain jurisdiction over this case despite being deprived of subject-matter jurisdiction by the ecclesiastical abstention doctrine."[1]

---

[1] The underlying case is *Kenneth Smith as Trustee of Park Temple Baptist Church v. Consuelo Kight and Andrew Ryan Kight a/k/a Ryan Kight*, Cause No. 2020-15441,

In connection with their petition for writ of mandamus, relators filed a motion to stay the trial setting of the underlying litigation pending resolution of their petition for writ of mandamus. On August 12, 2021 we granted relators' motion to stay.

We lift the stay imposed by our August 12, 2021 order and deny relators' petition for writ of mandamus. Any pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Justices Landau, Guerra, and Farris.

---

in the 80th District Court of Harris County, Texas, the Honorable Jeralynn Manor presiding.